```
 1  JOSE C. ROJO SBN 196583
    LAW OFFICES OF JOSE C. ROJO
 2  3745 Fourth Ave.
    San Diego, CA 92103
 3  Telephone (619) 298-6522
    Facsimile (619) 298-7049
 4
    Attorney for Defendant
 5  FRANCISCO GARCIA RODRIGUEZ
 6
 7
                    UNITED STATES DISTRICT COURT
 8
                  SOUTHERN DISTRICT OF CALIFORNIA
 9
                            SAN DIEGO
10
11  UNITED STATES OF AMERICA,    )  CASE NO.   08 MJ 1721-LSP-2
                                 )
12              Plaintiff,       )
                                 )  SUBSTITUTION OF ATTORNEY
13                               )  AS TO FRANCISCO GARCIA
                                 )  RODRIGUEZ
14                               )
    FRANCISCO GARCIA RODRIGUEZ,  )
15                               )
                Defendant.       )
16                               )
                                 )
17
18  Defendant FRANCISCO GARCIA RODDRIGUEZ hereby substitutes Jose C. Rojo as attorney
19  of record in place of Lisa Kay Baughman.
20
21  Dated: 6-4-08
                                    FRANCISCO GARCIA RODRIGUEZ
22
23  I consent to the above substitution.
24  Dated: 6/5/08
                                    LISA KAY BAUGHMAN
25
26
27  //
28
                                    1
```

1  Above substitution accepted.

3  Dated: June 4, 2008

                                                          _____
                                                          /s/ JOSE C. ROJO

6  **IT IS SO ORDERED:**

8  Dated:_____                                  _____

                                                          HON. LEO S. PAPAS
                                                          MAGISTRATE JUDGE
                                                          **UNITED STATES DISTRICT COURT**