1
2
3
4
5
6
7
8
9
10



| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 08 MJ 1721-LSP-2 |
| Plaintiff, | **ORDER** |
| v. | Date: June 6, 2008 |
| FRANCISCO GARCIA RODRIGUEZ, | Hon. Leo S. Papas |
| Defendant. | |

THIS SUBSTITUTION OF ATTORNEY having been filed in the court with the signatures of counsel and the defendant, is approved.

THE COURT HEREBY ORDERS that JOSE C. ROJO is counsel of record for defendant FRANCISCO GARCIA RODRIGUEZ.

**IT IS SO ORDERED:**

Dated: June 6, 2008

_____
HON. LEO S. PAPAS
MAGISTRATE JUDGE
**UNITED STATES DISTRICT COURT**